DRUMMOND & NELSON LAW FIRM
Craig W. Drummond, Esq.
Nevada Bar No. 011109
228 South Fourth St., First Floor
Las Vegas, NV 89101
T: (702) 366-9966
F: (702) 508-9440
craig@drummondfirm.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>COREY STUBBS and KEVIN STUBBS,<br><br>　　　Defendants. | CASE NO: 2:13-CR-00381-APG-CWH<br><br>DEFENDANT KEVIN STUBBS'<br>MOTION FOR JOINDER |

COMES NOW, Defendant, KEVIN STUBBS, by and through his counsel of record, CRAIG W. DRUMMOND, ESQ., and hereby moves to JOIN in Defendant Corey Stubbs' Motion to Suppress (Docket #50) filed on January 24, 2014.

DATED this ___7___ of February, 2014.

　　　　　　　　　　　　　　　　　　　　DRUMMOND & NELSON

　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　Craig W. Drummond, Esq.
　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 011109
　　　　　　　　　　　　　　　　　　　　228 South Fourth St., First Floor
　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　　　　　　(702) 366-9966
　　　　　　　　　　　　　　　　　　　　F: (702) 508-9440
　　　　　　　　　　　　　　　　　　　　craig@drummondfirm.com
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Kevin Stubbs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __7__ day of February, 2014, the undersigned served the foregoing Defendant's Joinder to Defendant Corey Stubb's Motion to Suppress on all counsel herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order

_____
Employee of DRUMMOND & NELSON LAW FIRM