DRUMMOND & NELSON LAW FIRM
Craig W. Drummond, Esq.
Nevada Bar No. 011109
228 South Fourth St., First Floor
Las Vegas, NV 89101
T: (702) 366-9966
F: (702) 508-9440
craig@drummondfirm.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No.: 2:13-CR-00381-APG-CWH |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION TO TRANSPORT** |
| KEVIN STUBBS, | |
| Defendant. | |

COMES NOW, Defendant, KEVIN STUBBS, and his counsel of record, CRAIG W. DRUMMOND, ESQ., hereby requests that Defendant Kevin Stubbs be transported from Pahrump, Nevada to Las Vegas, Nevada to attend the hearing on March 14, 2014 at 9:00am in Courtroom 3C to address Defendant Corey Stubbs' Motion to Suppress [Doc. 50]. Defendant Kevin Stubbs filed a Motion for Joinder [Doc. 55] and hereby requests to be present and to participate in any proceedings related to his Co-Defendant's pending motion.

DATED this 21 day of February, 2014.

By _____
Craig W. Drummond, Esq.
Nevada Bar No. 11109
228 S Fourth Street, First Floor
Las Vegas, NV 89101
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21 day of February, 2014, the undersigned served the foregoing DEFENDANT'S MOTION TO TRANSPORT on all counsel herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order

_____
An Employee of DRUMMOND & NELSON LAW FIRM