UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-0381-APG-CWH |
|---|---|
| Plaintiff, | **ORDER ACCEPTING MAGISTRATE JUDGE'S FINDING AND RECOMMENDATION ON MOTION TO SUPPRESS** |
| v. | |
| KEVIN STUBBS, et al., | |
| Defendants. | |

On December 12, 2013, defendant Kevin Stubbs filed a motion [Dkt. #34] to suppress evidence seized during the underlying vehicle search, which allegedly was conducted in violation of the Fourth Amendment. Magistrate Judge Hoffman conducted an evidentiary hearing on January 31, 2014. On February 27, 2014, Judge Hoffman entered his Finding and Recommendation [Dkt. #64], recommending that Mr. Stubbs' motion be denied. Pursuant to Local Rule IB 3-2, any objection to Judge Hoffman's Finding and Recommendation was to be filed within fourteen (14) days thereafter. No objection has been filed.

The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit likewise has held that the (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed Judge Hoffman's Finding and Recommendation and related papers. The only necessary change to that document is the addition of the words "no" and "the" on page 5 at line 1, such that the complete sentence should read: "He confirmed that Kevin Stubbs indicated he had no knowledge regarding the status of the vehicle as embezzled or stolen." [*See* Dkt. #64 at 4:23-5:1.] Good cause appearing,

**IT IS HEREBY ORDERED** that Judge Hoffman's Finding and Recommendation is accepted and approved as modified in the paragraph above. Mr. Stubbs' Motion to Suppress [Dkt. #34] is hereby denied.

Dated: March 19, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE