```
                                    FILED
                                  APR 22 2014
                              CLERK, U.S. DISTRICT COURT
                                DISTRICT OF NEVADA
                              BY_____ DEPUTY
```

UNITED STATES OF AMERICA,         )
                                  )
    Plaintiff,                    )
                                  )
vs.                               )    2:13-cr-381-APG-CWH
                                  )
KEVIN STUBBS,                     )
                                  )
    Defendant.                    )
_____)

## NOTE FROM THE JURY

WE HAVE REACHED A VERDICT

Date: 04/22/14

[signature redacted]

SIGNATURE OF JUROR