AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

KEVIN STUBBS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   2:13-cr-381-APG-CWH-2

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

ANDREW P. GORDON, U.S. District Judge
Name and Title of Judge

April 22, 2014
Date